396 A.2d 37

Commonwealth v. Lea, Appellant.

Submitted June 13, 1977. George C. Yatron, Assistant Public Defender, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 38

Commonwealth v. Libengood, Appellant.

Submitted April 10, 1978. William M. Panella, Assistant Public Defender, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.